UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINA CRYDER,

    Plaintiff,

v.                                                 Case No:   6:16-cv-605-Orl-41TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 21). Plaintiff requests an award of fees **in the amount of $3,430.32**[1] pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d). The motion includes a schedule of the attorney and paralegal billable hours to support the application (Id. at 13-15). Defendant has no objection to the requested relief (Id. at 3).

Plaintiff asserts that she is the prevailing party, that the Commissioner's position in the underlying action was not substantially justified, and that her net worth at the time the proceeding was filed was less than two million dollars[2] (Id., ¶¶ 4-7).

On August 7, 2017, the Court entered a final order reversing and remanding this cause back to Defendant for further proceedings pursuant to 42 U.S.C. § 405(g) (Doc.

---

[1] Plaintiff's fee amount is calculated at the rate of $192.67 per hour for 8.8 hours of attorney time and $75 per hour for 23 hours of paralegal work performed in 2016 and 2017 (Doc. 21 at 2).

[2] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

19). The Clerk entered judgment the next day (Doc. 20). Plaintiff filed this application for attorney's fees on September 6, 2017.

Plaintiff has provided a copy of her Retainer Agreement-Federal Court Appeal, which includes an assignment of EAJA fees to her counsel (Doc. 21-1). In light of the assignment, Plaintiff requests (and Defendant agrees) that if the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Absent any objection, and as good cause is shown pursuant to the provisions of EAJA, it is **respectfully recommended** that Plaintiff's motion for attorney's fees (Doc. 21) be **GRANTED** and Plaintiff be awarded **attorney's fees in the amount of $3,430.32.**

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on September 7, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record
    Any Unrepresented Parties