UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTINA CRYDER,**

    **Plaintiff,**

**v.**      Case No: 6:16-cv-605-Orl-41TBS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 21). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 22), recommending that the Court grant the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 21) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $3,430.32.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record